ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 12 2021

at___ o'clock and ___min.___M
MICHELLE RYNNE, CLERK

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Michael.Nammar@usdoj.gov
        Micah.Smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MAURICE STROUD,<br>  aka "M.Dot,"<br><br>                    Defendant. | CR. NO. CR 21 - 00105 JAO<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846, 841(a)(1),<br>841(b)(1)(A), 841(b)(1)(B), and<br>841(b)(1)(C), 18 U.S.C. §§ 2(a),<br>922(g)(1), and 924(c)(1)(A)(i)] |

INDICTMENT

The Grand Jury charges:

Count 1
Conspiracy to Distribute and Possess with Intent to Distribute
Methamphetamine and Cocaine Base
(21 U.S.C. § 846)

From a precise date unknown, but by at least August 2020, within the

District of Hawaii, MAURICE STROUD, aka "M.Dot," the defendant, did

knowingly and intentionally combine, conspire, confederate, and agree with other

persons known and unknown, to distribute and possess with intent to distribute

(i) 50 grams or more of methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(A); and (ii) 28 grams or more of a mixture

or substance containing a detectable amount of cocaine base, also known as

"crack," a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

Count 2
Distribution of Cocaine Base
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about August 13, 2020, within the District of Hawaii, MAURICE

STROUD, aka "M.Dot," the defendant, did knowingly and intentionally distribute

2

a mixture or substance containing a detectable amount of cocaine base, also known

as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).


Count 3
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about August 18, 2020, within the District of Hawaii, MAURICE

STROUD, aka "M.Dot," the defendant, did knowingly and intentionally distribute

five grams or more of methamphetamine, its salts, isomers, and salts of its isomers,

a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B), and Title 18, United States Code, Section 2(a).


Count 4
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about August 27, 2020, within the District of Hawaii, MAURICE

STROUD, aka "M.Dot," the defendant, did knowingly and intentionally distribute

five grams or more of methamphetamine, its salts, isomers, and salts of its isomers,

a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

## Count 5
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about July 13, 2021, within the District of Hawaii, MAURICE STROUD, aka "M.Dot," the defendant, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title18, United States Code, Section 2(a).

## Count 6
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about July14, 2021, within the District of Hawaii, MAURICE STROUD, aka "M.Dot," the defendant, did knowingly and intentionally distribute five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

4

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B), and Title 18, United States Code, Section 2(a).


## Count 7
Possession with Intent to Distribute Methamphetamine and Cocaine Base
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about July 29, 2021, within the District of Hawaii, MAURICE

STROUD, aka "M.Dot," the defendant, did knowingly and intentionally possess

with intent to distribute (i) five grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled substance; and (ii) 28

grams or more of a mixture or substance containing a detectable amount of cocaine

base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B).


## Count 8
Firearm Offense
(18 U.S.C. § 924(c)(1)(A)(i))

On or about July 29, 2021, within the District of Hawaii, MAURICE

STROUD, aka "M.Dot," the defendant, did knowingly carry a firearm, that is a

Springfield Armory semiautomatic pistol bearing serial number MG743649, during

and in relation to a drug trafficking crime for which he may be prosecuted in a

court of the United States, that is, the drug trafficking crime charged in Count 7 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).


Count 9
Felon in Possession of a Firearm and Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 29, 2021, within the District of Hawaii, MAURICE STROUD, aka "M.Dot," the defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess a firearm and ammunition, that is, one Springfield Armory 9mm semiautomatic pistol bearing serial number MG743649 and multiple rounds of 9mm ammunition manufactured by Luger, with said firearm and ammunition having been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

//

//

//

6

First Forfeiture Notice

1.      The allegations contained in Counts 1 through 7 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 21, United States Code, Section 853.

2.      The United States hereby gives notice to the defendant that, upon conviction of the offenses charged in Counts 1 through 7 this Indictment, the government will seek forfeiture, in accordance with Title 21, United States Code, Section 853(a), of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations of Title 21, United States Code, Sections 841 and 846, alleged in this Indictment, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations of Title 21, United States Code, Sections 841 and 846, alleged in this Indictment, including but not limited to:

        a.      $15,530 in United States currency recovered from the
                defendant's person on or about July 29, 2021;

        b.      $6,196 in United States currency recovered from the
                defendant's apartment on or about July 29, 2021; and

        c.      one Springfield Armory 9mm semiautomatic pistol bearing
                serial number MG743649 and multiple rounds of 9mm

ammunition manufactured by Luger, all recovered from the

defendant's person on or about July 29, 2021.

3.     If by any act or omission of the defendant, any of the property subject

to forfeiture described in paragraph 2 herein:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court; or

      d.     has been commingled with other property which cannot be

         subdivided without difficulty,

the United States of America will be entitled to forfeiture of substitute property up

to the value of the property described above in paragraph 2, pursuant to Title 21,

United States Code, Section 853(p).

Second Forfeiture Notice

1.     The allegations set forth in Counts 8 and 9 of this Indictment are

hereby re-alleged and incorporated by reference for the purpose of noticing

forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title

28, United States Code, Section 2461(c).

2.     The United States hereby gives notice to the defendant, that upon

conviction of the offenses charged in Counts 8 and 9 of this Indictment, the

government will seek forfeiture, in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), of any firearms or ammunition involved in or used in the offense, including but not limited to the following: one Springfield Armory 9mm semiautomatic pistol bearing serial number MG743649 and multiple rounds of 9mm ammunition manufactured by Luger, which the defendant possessed on or about July 29, 2021.

3.    If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 above:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party,

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty,

//

//

//

//

//

//

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

DATED:  August 12, 2021, at Honolulu, Hawaii.


A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

JUDITH PHILIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
Assistant U.S. Attorneys

10