IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 21-00105 JAO |
| ) | |
| Plaintiff, ) | DECLARATION |
| ) | OF COUNSEL |
| vs. ) | |
| ) | |
| MAURICE STROUD ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF COUNSEL

I, MELINDA K. YAMAGA, hereby declare as follows:

1. That I am counsel for Defendant MAURICE STROUD, having been appointed pursuant to the Criminal Justice Act.

2. On July 26, 2021, a Criminal Complaint was filed in this case, charging Mr. Stroud with one count of Felon in Possession of a Firearm. An Indictment was filed on August 12, 2021.

3. On August 16, 2021, an Arraignment was had and trial was set for October 12, 2021.

4. The October 12, 2021 trial date was continued to January 18, 2022, and then continued again to April 4, 2022, and finally to July 6, 2022 to allow Mr. Stroud reasonable time necessary for effective preparation. On January 26, 2022, the trial date was advanced to July 5, 2022.

5. The defense has continued its investigation, which included examining the evidence collected in this case.

6. Moreover, with the information garnered from the examination, the defense has requested additional information from the government, which it has provided.

7. Subsequent to the additional discovery, the defense has consulted with multiple experts. Based on these consultations, the defense has once again requested additional information from the government. The government has agreed to provide the requested information, but it remains outstanding.

8. Based on the defense's requested information, which remains outstanding, the defense's desire to explore possible expert review in this case, and both parties' availability, counsel respectfully requests a new trial date of October 24, 2022. Counsel has conferred with the government's counsel, and there is no opposition to this request.

9. Because this additional time is needed to adequately prepare, the time period from July 5, 2022 to October 24, 2022 would be excluded from computation under the Speedy Trial Act.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, May 18, 2022.

                                            /s/ Melinda K. Yamaga
                                            MELINDA K. YAMAGA
                                            Attorney for Defendant
                                            MAURICE STROUD